1  ANNE-MARIE WAGGONER, Bar No. 173407
   ALEXA L. WOERNER, Bar No. 267609
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
4  Telephone:    925.932.2468
   Facsimile:    925.946.9809
5
   Attorneys for Defendant
6  SERVICEMASTER GLOBAL HOLDINGS, INC.;
   THE SERVICEMASTER COMPANY, INC.; THE
7  TERMINIX INTERNATIONAL COMPANY
   LIMITED PARTNERSHIP; TERMINIX
8  INTERNATIONAL, INC.

9  LAWRENCE D. MURRAY, Bar No. 77536
   ROBERT C. STRICKLAND, Bar No. 243757
10 MURRAY & ASSOCIATES
   1781 Union Street
11 San Francisco, CA 94123
   Telephone: 415.673.0555
12 Facsimile: 415-928-4084

13 Attorneys for Plaintiff
   LAURIE VAR
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18 LAURIE VAR,                          Case No. CV-11-5028-NC

19            Plaintiff,                **STIPULATION AND [PROPOSED]**
                                        **ORDER TO STAY ACTION AND**
20      v.                              **PROCEED WITH FINAL AND BINDING**
                                        **ARBITRATION**
21 SERVICEMASTER GLOBAL
   HOLDINGS, INC.; THE
22 SERVICEMASTER COMPANY, INC.;
   THE TERMINIX INTERNATIONAL
23 COMPANY L.P.; TERMINIX
   INTERNATIONAL, INC.; and DOES 1-    Action Filed in State Court: August 26, 2011
24 30, inclusive,,                      Trial Date:  None Set

25            Defendant.

26

27

28

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925 932 2468

CASE NO.  CV-11-5028-NC

STIPULATION AND [PROPOSED] ORDER TO STAY
ACTION AND PROCEED WITH FINAL AND BINDING
ARBITRATION (CV-11-5028)

## **STIPULATION**

WHEREAS    Plaintiff    LAURIE    VAR    ("Plaintiff")    and    Defendants SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; TERMINIX INTERNATIONAL, INC ("Defendants") (collectively "the Parties") are parties to an Arbitration Agreement, a copy of which is attached to this Stipulation as Exhibit "A";

WHEREAS the terms of the Arbitration Agreement apply to the claims asserted by Plaintiff against Defendants in the above-captioned matter;

WHEREAS the Parties agree to modify Paragraph Nine (9) of the Arbitration Agreement as set forth below; and

WHEREAS the Parties have agreed to stay the above-captioned action and to submit all claims asserted by Plaintiff against Defendants in the above-captioned action to final and binding arbitration, as provided by the terms of the Arbitration Agreement;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.      That all claims in the above-captioned matter be submitted to final and binding arbitration pursuant to the terms of the Arbitration Agreement as modified herein;

2.      That Plaintiff's claims against Defendants in the above-captioned action are stayed pending a final arbitration award;

///
///
///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

CASE NO. CV-11-5028-NC                                    2.

STIPULATION AND [PROPOSED] ORDER TO STAY
ACTION AND PROCEED WITH FINAL AND BINDING
ARBITRATION (CV-11-5028)

3.     That the first sentence of Paragraph Nine (9) of the Arbitration Agreement shall be modified to read as follows:

>   **Award**.  A court of competent jurisdiction will have the authority to enter a judgment upon the award made pursuant to the arbitration.

IT IS SO STIPULATED.

Dated: January 23, 2012

_____
ANNE-MARIE WAGGONER
ALEXA WOERNER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
TERMINIX INTERNATIONAL, INC.

Dated: January 19, 2012

_____
LAWRENCE D. MURRAY
ROBERT C. STRICKLAND
MURRAY & ASSOCIATES
Attorneys for Plaintiff
LAURIE VAR

## [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1.     That all claims in the above-captioned matter shall be submitted to final and binding arbitration pursuant to the terms of the Arbitration Agreement as modified herein; and

2.     That Plaintiff's claims against Defendants in the above-captioned action are stayed pending a final arbitration award.

Dated:  January 24, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO.  CV-11-5028-NC                     3.

STIPULATION AND [PROPOSED] ORDER TO STAY
ACTION AND PROCEED WITH FINAL AND BINDING
ARBITRATION (CV-11-5028)