1   ANNE-MARIE WAGGONER, Bar No. 173407
    ALEXA L. WOERNER, Bar No. 267609
2   LITTLER MENDELSON, P.C.
    Treat Towers
3   1255 Treat Boulevard, Suite 600
    Walnut Creek, California 94597
4   Telephone:    925.932.2468
    Facsimile:    925.946.9809
5
    Attorneys for Defendant
6   SERVICEMASTER GLOBAL HOLDINGS, INC.;
    THE SERVICEMASTER COMPANY, INC.; THE
7   TERMINIX INTERNATIONAL COMPANY
    LIMITED PARTNERSHIP; TERMINIX
8   INTERNATIONAL, INC.

9   LAWRENCE D. MURRAY, Bar No. 77536
    ROBERT C. STRICKLAND, Bar No. 243757
10  MURRAY & ASSOCIATES
    1781 Union Street
11  San Francisco, CA 94123
    Telephone: 415.673.0555
12  Facsimile: 415-928-4084

13  Attorneys for Plaintiff
    LAURIE VAR
14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17

18  LAURIE VAR,                          Case No.  CV-11-5028-NC

19              Plaintiff,               **STIPULATION AND [PROPOSED]
                                         ORDER TO STAY ACTION AND
20      v.                               PROCEED WITH FINAL AND BINDING
                                         ARBITRATION**
21  SERVICEMASTER GLOBAL
    HOLDINGS, INC.; THE
22  SERVICEMASTER COMPANY, INC.;
    THE TERMINIX INTERNATIONAL
23  COMPANY L.P.; TERMINIX
    INTERNATIONAL, INC.; and DOES 1-
24  30, inclusive,,                      Action Filed in State Court: August 26, 2011
                                         Trial Date:  None Set
25              Defendant.

26

27

28

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO.  CV-11-5028-NC

STIPULATION AND [PROPOSED] ORDER TO STAY
ACTION AND PROCEED WITH FINAL AND BINDING
ARBITRATION (CV-11-5028)

## **STIPULATION**

1         WHEREAS Plaintiff LAURIE VAR ("Plaintiff") and Defendants SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; TERMINIX INTERNATIONAL, INC ("Defendants") (collectively "the Parties") are parties to an Arbitration Agreement, a copy of which is attached to this Stipulation as Exhibit "A";

        WHEREAS the terms of the Arbitration Agreement apply to the claims asserted by Plaintiff against Defendants in the above-captioned matter;

        WHEREAS the Parties agree to modify Paragraph Nine (9) of the Arbitration Agreement as set forth below; and

        WHEREAS the Parties have agreed to stay the above-captioned action and to submit all claims asserted by Plaintiff against Defendants in the above-captioned action to final and binding arbitration, as provided by the terms of the Arbitration Agreement;

        IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

        1.    That all claims in the above-captioned matter be submitted to final and binding arbitration pursuant to the terms of the Arbitration Agreement as modified herein;

        2.    That Plaintiff's claims against Defendants in the above-captioned action are stayed pending a final arbitration award;

///

///

///

///

///

///

///

///

///

///

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

CASE NO. CV-11-5028-NC       2.     STIPULATION AND [PROPOSED] ORDER TO STAY
ACTION AND PROCEED WITH FINAL AND BINDING
ARBITRATION (CV-11-5028)

3.     That the first sentence of Paragraph Nine (9) of the Arbitration Agreement shall be modified to read as follows:

> **Award**. A court of competent jurisdiction will have the authority to enter a judgment upon the award made pursuant to the arbitration.

IT IS SO STIPULATED.

Dated: January 23, 2012

ANNE-MARIE WAGGONER
ALEXA WOERNER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
TERMINIX INTERNATIONAL, INC.

Dated: January 19, 2012

LAWRENCE D. MURRAY
ROBERT C. STRICKLAND
MURRAY & ASSOCIATES
Attorneys for Plaintiff
LAURIE VAR

## [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1.     That all claims in the above-captioned matter shall be submitted to final and binding arbitration pursuant to the terms of the Arbitration Agreement as modified herein; and

2.     That Plaintiff's claims against Defendants in the above-captioned action are stayed pending a final arbitration award.

Dated:  January 24, 2012

Nathanael M. Cousins
United States Magistrate Judge

LITTLER MENDELSON, P.C.
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO.  CV-11-5028-NC                    3.                    STIPULATION AND [PROPOSED] ORDER TO STAY ACTION AND PROCEED WITH FINAL AND BINDING ARBITRATION (CV-11-5028)