UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURIE VAR,<br><br>            Plaintiff,<br><br>     v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC., et al.,<br><br>            Defendants. | Case No. 11-cv-05028 NC<br><br>**ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE TERMINATED** |

On January 24, 2012, the Court granted the parties' stipulation ordering all claims submitted to final and binding arbitration and staying the action pending a final arbitration award. Dkt. No. 10. By September 18, 2013, the parties must show cause in writing why this case should not be terminated.

IT IS SO ORDERED.

Date: July 11, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-05028 NC
ORDER TO SHOW CAUSE