1

2

3

4

5

6

7    **UNITED STATES DISTRICT COURT**

8    **NORTHERN DISTRICT OF CALIFORNIA**

9    **SAN FRANCISCO DIVISION**

10

11   LAURIE VAR,                                    Case No. 11-cv-05028 NC

12            Plaintiff,                            **ORDER FINDING ORDER TO
                                                    SHOW CAUSE SATISFIED AND**
13        v.                                        **SETTING CASE MANAGEMENT
                                                    CONFERENCE**
14   SERVICEMASTER GLOBAL HOLDINGS,
     INC., et al.,                                  Re: Dkt. No. 11
15
              Defendants.
16

17

18       On July 11, 2013, the Court ordered the parties to show cause why this case should

19   not be terminated in light of the Court's previous order granting the parties' stipulation to

20   submit all claims to final and binding arbitration and to stay the action pending a final

21   arbitration award.  Dkt. No. 11.  On September 18, 2013, the parties timely filed responses

22   to the order to show cause, informing the Court that an arbitration hearing has been set for

23   early March 2014.  Dkt. Nos. 12, 13.  After considering the parties' responses, the Court

24   finds that the order to show cause is satisfied.

25       A case management conference will be held on March 26, 2014, at 2:00 p.m. in

26   Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,

27   California.

28   //

     Case No. 11-cv-05028 NC
     ORDER FINDING ORDER TO SHOW
     CAUSE SATISFIED

1    The parties must file a joint case management statement at least one week prior to the

2  conference.

3    IT IS SO ORDERED.

4    Date: September 19, 2013

Nathanael M. Cousins
5                                                      United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-05028 NC
ORDER FINDING ORDER TO SHOW          2
CAUSE SATISFIED