1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN FRANCISCO DIVISION**

10
11

LAURIE VAR,

Case No. 11-cv-05028 NC

12

Plaintiff,

**ORDER FINDING ORDER TO SHOW CAUSE SATISFIED AND SETTING CASE MANAGEMENT CONFERENCE**

13

v.

14

SERVICEMASTER GLOBAL HOLDINGS, INC., et al.,

Re: Dkt. No. 11

15
16

Defendants.

17
18

On July 11, 2013, the Court ordered the parties to show cause why this case should

19

not be terminated in light of the Court's previous order granting the parties' stipulation to

20

submit all claims to final and binding arbitration and to stay the action pending a final

21

arbitration award.  Dkt. No. 11.  On September 18, 2013, the parties timely filed responses

22

to the order to show cause, informing the Court that an arbitration hearing has been set for

23

early March 2014.  Dkt. Nos. 12, 13.  After considering the parties' responses, the Court

24

finds that the order to show cause is satisfied.

25

A case management conference will be held on March 26, 2014, at 2:00 p.m. in

26

Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,

27

California.

28

//

1    The parties must file a joint case management statement at least one week prior to the

2  conference.

3    IT IS SO ORDERED.

4    Date: September 19, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-05028 NC
ORDER FINDING ORDER TO SHOW               2
CAUSE SATISFIED