ANNE-MARIE WAGGONER, Bar No. 173407
awaggoner@littler.com
ALEXA L. WOERNER, Bar No. 267609
awoerner@littler.com
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendants
SERVICEMASTER GLOBAL HOLDINGS, INC.;
THE SERVICEMASTER COMPANY, INC.; THE
TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP; TERMINIX
INTERNATIONAL, INC.

LAWRENCE D. MURRAY
ROBERT C. STRICKLAND
MURRAY & ASSOCIATES
1781 Union Street, San Francisco, CA 94123
Telephone: (415) 673-0555
Facsimile: (415) 925-4084

Attorneys for Plaintiff
LAURIE VAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE VAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; TERMINIX INTERNATIONAL, INC.; and DOES 1-30, inclusive,<br><br>　　　　　Defendant. | Case No. 11-CV-05028-NC<br><br>**STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>[Filed Concurrently With: [Proposed] Order] |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 11-CV-05028-NC)　　　　　STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Laurie Var ("Plaintiff"), and Defendants The ServiceMaster Company, Inc., The Terminix International Company Limited Partnership, and Terminix International, Inc. ("Defendants"), by and through their respective attorneys of record, that the above referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

**IT IS SO STIPULATED:**

Dated: November 21, 2013

Anne-Marie Waggoner
Alexa L. Woerner
LITTLER MENDELSON, P.C.
Attorneys for Defendants
SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; TERMINIX INTERNATIONAL, INC.

Dated: November 25, 2013

Lawrence D. Murray
Robert C. Murray
MURRAY & ASSOCIATES
Attorneys for Plaintiff
Laurie Var

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 11-CV-05028-NC) 2. STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE

Dated: November 21, 2013

*[signature]*

Anne-Marie Waggoner
Alexa L. Woerner
LITTLER MENDELSON, P.C.
Attorneys for Defendants
SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; TERMINIX INTERNATIONAL, INC.

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

Dated: ~~November~~ December 3, 2013

By: *[signature]*
Hon. ~~N~~

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:124195142.1 053274.1064

(NO. 11-CV-05028-NC)    3.    STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468