```
 1  ANNE-MARIE WAGGONER, Bar No. 173407
    awaggoner@littler.com
 2  ALEXA L. WOERNER, Bar No. 267609
    awoerner@littler.com
 3  Treat Towers
    1255 Treat Boulevard, Suite 600
 4  Walnut Creek, California 94597
    Telephone:   925.932.2468
 5  Facsimile:   925.946.9809

 6  Attorneys for Defendants
    SERVICEMASTER GLOBAL HOLDINGS, INC.;
 7  THE SERVICEMASTER COMPANY, INC.; THE
    TERMINIX INTERNATIONAL COMPANY
 8  LIMITED PARTNERSHIP; TERMINIX
    INTERNATIONAL, INC.
 9
    LAWRENCE D. MURRAY
10  ROBERT C. STRICKLAND
    MURRAY & ASSOCIATES
11  1781 Union Street, San Francisco, CA 94123
    Telephone: (415) 673-0555
12  Facsimile: (415) 925-4084

13
    Attorneys for Plaintiff
14  LAURIE VAR
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE VAR,<br><br>Plaintiff,<br><br>v.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; TERMINIX INTERNATIONAL, INC.; and DOES 1-30, inclusive,<br><br>Defendant. | Case No. 11-CV-05028-NC<br><br>**STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>[Filed Concurrently With: [~~Proposed~~] Order] |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 11-CV-05028-NC)

STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Laurie Var ("Plaintiff"), and Defendants The ServiceMaster Company, Inc., The Terminix International Company Limited Partnership, and Terminix International, Inc. ("Defendants"), by and through their respective attorneys of record, that the above referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

**IT IS SO STIPULATED:**

Dated: November 21, 2013

Anne-Marie Waggoner
Alexa L. Woerner
LITTLER MENDELSON, P.C.
Attorneys for Defendants
SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; TERMINIX INTERNATIONAL, INC.

Dated: November 25, 2013

Lawrence D. Murray
Robert C. Murray
MURRAY & ASSOCIATES
Attorneys for Plaintiff
Laurie Var

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 11-CV-05028-NC)   2.   STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE

Dated: November 21, 2013

Anne-Marie Waggoner
Alexa L. Woerner
LITTLER MENDELSON, P.C.
Attorneys for Defendants
SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP; TERMINIX INTERNATIONAL, INC.

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

Dated: ~~November~~ December 3, 2013

By:
Hon. [signature]
Judge Nathanael M. Cousins

GRANTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Firmwide:124195142.1 053274.1064

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 11-CV-05028-NC)        3.        STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE